THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0054-JCC |
| Plaintiff, | MINUTE ORDER CONTINUING TRIAL DATE |
| v. | |
| LAWRENCE ROBERT HILL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Lawrence Robert Hill's unopposed motion to continue trial and pretrial motions deadline, (Dkt. No. 15), and Defendant's speedy trial waiver (Dkt. No. 16). The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent a continuance would result in inadequate time to prepare a defense and result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii). A continuance is

necessary to allow Defendant reasonable time to effectively prepare his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Defendant's motion to continue trial, (Dkt. No. 15), is GRANTED. Accordingly, it is ORDERED that the trial date is continued from April 24, 2017 to July 10, 2017, and pretrial motions are due no later than June 19, 2017. It is further ORDERED that the resulting period of delay from April 24, 2017, to July 10, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 27th day of March 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk