THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0054-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| LAWRENCE ROBERT HILL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Lawrence Robert Hill's unopposed motion to continue trial (Dkt. No. 18) and speedy trial waiver (Dkt. No. 19). The Court hereby finds and ORDERS:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the

time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

It is ORDERED that:

1. The trial date is continued from July 10, 2017, to October 30, 2017.
2. The resulting period of delay from July 10, 2017, to October 30, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
3. Pretrial motions are due no later than August 14, 2017.

DATED this 30th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk