THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE ROBERT HILL,<br><br>Defendant. | CASE NO. CR17-0054-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule (Dkt. No. 39) for Mr. Hill's motion to reduce his sentence (Dkt. No. 35). Having considered the motion and relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. The Government shall respond to Mr. Hill's motion no later than October 23, 2020.
2. If Mr. Hill elects to file a reply, he shall file it no later than October 30, 2020.

DATED this 15th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0054-JCC
PAGE - 1