THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>       v. )<br>LAWRENCE R. HILL, )<br>            Defendant. ) | No. CR17-054-JCC<br><br>~~(PROPOSED)~~ ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered Mr. Hill's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Mr. Hill's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this __4th_ day of February 2025.

_/s/ John C. Coughenour_
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Lawrence Hill

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Hill*, CR17-054-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100